IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:24cr48 TBM-BWR

JAMES PIERSON WATSON, JR.   18 U.S.C. § 1343

**The United States Attorney charges:**

COUNTS 1-2

(Wire Fraud: 18 U.S.C § 1343)

THE SCHEME

Beginning in April 2023 and continuing through December 2023, in Pearl River County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **JAMES PIERSON WATSON, JR.**, devised and intended to devise a scheme to defraud C.K. and A.D. to obtain property by means of materially false and fraudulent pretenses, representations, or promises.

THE MANNER AND MEANS

On or about April 19, 2023, Defendant, **JAMES PIERSON WATSON, JR.**, purchased a 2020 Honda Rubicon four-wheeler from C.K. that C.K. advertised for sale on Facebook Marketplace. Defendant, **JAMES PIERSON WATSON, JR.**, identified himself to C.K. as Marcus Richey. Defendant, **JAMES PIERSON WATSON, JR.**, gave C.K. a fraudulent Cashier's check from Regions Bank, in the amount of $10,000. Defendant, **JAMES PIERSON WATSON, JR.**, then took possession of the Rubicon four-wheeler. When C.K. attempted to cash the check,

he was told the check was fake. C.K. attempted to contact Defendant, **JAMES PIERSON WATSON, JR.**, but was unsuccessful.

On or about December 19, 2023, Defendant, **JAMES PIERSON WATSON, JR.**, purchased a Silver F-250 truck from A.D. that A.D. advertised on Facebook. Defendant, **JAMES PIERSON WATSON, JR.**, identified himself to A.D. as Noel Edwards. Defendant, **JAMES PIERSON WATSON, JR.**, gave A.D. a fraudulent Cashier's check from Keesler Federal, in the amount of $42,500 under a "Marcus Richey LLC." Defendant, **JAMES PIERSON WATSON, JR.**, took possession of the F-250 truck. When A.D. called his bank about the check, he was advised that it was fake. A.D. was unsuccessful in locating Defendant, **JAMES PIERSON WATSON, JR.**

INTERSTATE WIRE COMMUNICATIONS

Defendant, **JAMES PIERSON WATSON, JR.**, for the purpose of executing the aforesaid scheme and artifice to defraud, caused to be transmitted by means of wire communication in interstate commerce certain writings, to wit: text messages, as more particularly described for each count below:

| Count | Date | Wire Communication |
|---|---|---|
| 1 | On or about 4/19/2023 | Text messages to C.K. who used a cellphone serviced by Verizon to setup a deal to purchase C.K.'s Honda Rubicon four-wheeler. |
| 2 | On or about 12/19/2023 | Text messages to A.D. who used a cellphone serviced by Verizon to setup a deal to purchase A.D.'s F-250 truck. |

All in violation of Title 18, United States Code, Section 1343.

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Information, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses,

including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461.

TODD W. GEE
United States Attorney