**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**VERSUS**                                   **CRIMINAL NO.: 1:24-cr-00048-TBM-BWR**

**JAMES PIERSON WATSON, JR.**                                  **DEFENDANT**

**DEFENDANT JAMES PIERSON WATSON, JR.'S
<u>NOTICE OF INTENT TO CHANGE PLEA TO GUILTY TO BILL OF INFORMATION</u>**

COMES NOW, the Defendant, James Pierson Watson, Jr., by and through the undersigned counsel of record, W. Fred Hornsby, III, and files this his Notice of Intent to Change Plea. The defendant gives notice of his intent to change his plea to guilty to Count 1 of the Bill of Information filed on May 13, 2024, by the Government.

RESPECTFULLY SUBMITTED, this the 17th day of May, 2024.

                                       BY:    HORNSBY WATTS, PLLC

                                       BY:    */s/ W. Fred Hornsby, III*
                                                  W. FRED HORNSBY, III (MSB #100712)

PREPARED BY:

W. FRED HORNSBY, III
ATTORNEY FOR DEFENDANT
HORNSBY WATTS, PLLC
1025 HOWARD AVENUE
BILOXI, MS 39530
TELEPHONE: (228) 207-2990
FACSIMILE: (866) 271-4393
wfh@hornsbywatts.com

## CERTIFICATE OF SERVICE

I, W. Fred Hornsby, III, do hereby certify that I have this date filed with the ECF system the above and foregoing document which sent notice and an electronic copy to all counsel of record who have registered with the ECF System.

This the 17th day of May, 2024.

                                                            */s/ W. Fred Hornsby, III*
                                                      W. FRED HORNSBY, III (MSB #100712)

HORNSBY WATTS, PLLC
1025 HOWARD AVENUE
BILOXI, MS 39530
TELEPHONE: (228) 207-2990
FACSIMILE: (866) 271-4393
wfh@hornsbywatts.com